NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESTECH SYSTEMS, INC.,**

*Plaintiff-Appellant*

v.

**HOWARD MIDSTREAM ENERGY PARTNERS,
dba Howard Energy Partners,**

*Defendant-Appellee*

---

2023-1199

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00777-ADA, Judge Alan D. Albright.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      ESTECH SYSTEMS, INC. V. HOWARD MIDSTREAM ENERGY
                                                        PARTNERS

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

July 7, 2023
    Date                         /s/ Jarrett B. Perlow
                                 Jarrett B. Perlow
                                 Clerk of Court


**ISSUED AS A MANDATE:** July 7, 2023